IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L. PAREDES-SERRANO, | No. C 14-03526 EJD (PR) |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME TO PAY FILING FEE OR FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION |
| v. | |
| ERIC HOLDER, et al., | |
| Respondents. | |

On August 5, 2014, Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, along with a motion for leave to proceed in forma pauperis ("IFP").[1]  (Docket No. 2.)  On the same date, the Clerk sent Petitioner a notice that his IFP application was insufficient because he did not use the correct form and he did not submit a Certificate of Funds in Prisoner's Account signed by and an authorized prison official.  (Docket No. 3.)  Petitioner was directed to file a response within twenty-eight days of the notice to avoid dismissal of the action.  (Id.)

---

[1] The matter was reassigned to this Court on August 14, 2014, the same day that Petitioner filed consent to magistrate judge jurisdiction.  (Docket No. 6.)  For the sake of judicial efficiency, this Court shall retain jurisdiction of the matter.

Order Granting EOT to file IFP App.
P:\PRO-SE\EJD\HC.14\03526Paredes-Serrano_eot-ifp.wpd

On August 14, 2014, Petitioner filed a letter stating that his sister was to send the $5.00 filing fee by money order in his name. (Docket No. 7.) To date, the Court has not received the filing fee.

In the interest of justice, Petitioner is granted an extension of time to pay the filing fee. Petitioner must pay the fee **no later than twenty-eight (28) days** from the date this order is filed. In the alternative, Petitioner may file a complete IFP application in the same time provided.

**Failure to file a timely response in accordance with this order by paying the filing fee or filing a complete IFP application in the time provided will result in the dismissal of this action without further notice to Petitioner.**

The Clerk shall include two copies of the court's IFP application with a copy of this order to Petitioner.

DATED: 10/3/2014

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE L. PAREDES-SERRANO,

        Petitioner,

v.

ERIC HOLDER, et al.,

        Respondents.
_____/

Case Number: CV14-03526 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/3/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose L. Paredes-Serrano 4904040/CBS215
Rio Cosumnes Correctional Center
12500 Bruceville Road
Elk Grove, CA 95757

Dated: 10/3/2014

                                Richard W. Wieking, Clerk
                                /s/ By: Elizabeth Garcia, Deputy Clerk