IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L. PAREDES-SERRANO, | No. C 14-03526 EJD (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| ERIC HOLDER, et al., | |
| Respondents. | |

On August 5, 2014, Petitioner, an alien awaiting removal, filed a petition for a writ of habeas corpus in pro se pursuant to 28 U.S.C. § 2241, along with a motion for leave to proceed in forma pauperis ("IFP"). (Docket No. 2.) On the same date, the Clerk sent Petitioner a notice that his IFP application was insufficient because he did not use the correct form and he did not submit a Certificate of Funds in Prisoner's Account signed by and an authorized prison official. (Docket No. 3.) Petitioner was directed to file a response within twenty-eight days of the notice to avoid dismissal of the action. (Id.)

On October 3, 2014, the Court granted Petitioner an extension of twenty-eight days from the date the order was filed to pay the filing fee or file a complete IFP application. (Docket No. 9.) The deadline has since passed, and Petitioner has failed

Order of Dismissal
P:\PRO-SE\EJD\HC.14\03526Paredes-Serrano_dism-ifp.wpd

1  to respond.  Accordingly, this case is DISMISSED without prejudice for failure to pay
2  the filing fee.
3     The Clerk shall terminate any pending motions, (Docket Nos. 2 and 8), and
4  close the file.

6  DATED: _____11/19/2014_____          _____
                                        EDWARD J. DAVILA
7                                       United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\HC.14\03526Paredes-Serrano_dism-ifp.wpd          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE L. PAREDES-SERRANO,

        Petitioner,

v.

ERIC HOLDER, et al.,

        Respondents.
       /

Case Number: CV14-03526 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/20/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose L. Paredes-Serrano 4904040/CBS215
Rio Cosumnes Correctional Center
12500 Bruceville Road
Elk Grove, CA 95757

Dated: 11/20/2014

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk